# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

# **Civil Cover Sheet**

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

## The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.

Plaintiff(s): **United States of America ex rel. Gregory Kuzma**

Defendant(s): **Northern Arizona Healthcare Corporation ; Northern Arizona Orthopedic Surgery Center, LLC ; Flagstaff Medical Center, Inc.**

County of Residence: Coconino

County Where Claim For Relief Arose: Coconino

County of Residence: Coconino

Plaintiff's Atty(s):

**Chad L. Schexnayder** ( United States of America ex rel. Gregory Kuzma )
**Jennings, Haug & Cunningham, LLP**
**2800 N. Central Avenue, Suite 1800**
**Phoenix, Arizona  85004-1049**
**602-234-7800**

**Travis A. Pacheco** ( United States of America ex rel. Gregory Kuzma )
**Jennings, Haug & Cunningham, LLP**
**2800 N. Central Avenue, Suite 1800**
**Phoenix, Arizona  85004-1049**
**602-234-7800**

Defendant's Atty(s):

II. Basis of Jurisdiction:          **1. U.S. Government Plaintiff**

III. Citizenship of Principal Parties
**(Diversity Cases Only)**

Plaintiff:- **N/A**
Defendant:- **N/A**

IV. Origin :          **1. Original Proceeding**

V. Nature of Suit:          **375 False Claims Act**

VI. Cause of Action:                  **31 U.S.C. Sec. 3729(a)(1) - Qui tam action re false claims**

VII. Requested in Complaint
          Class Action: **No**
          Dollar Demand: **N/A**
          Jury Demand: **Yes**

VIII. This case **is not related** to another case.

Signature:  **Travis A. Pacheco**

     Date:  **February 28, 2018**

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014