1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

9
10
11
12
13
14

| | |
|---|---|
| United States of America *ex rel*. Gregory Kuzma, | No. CV-18-08041-PCT-DJH |
| Plaintiff-Relator, | **ORDER** |
| v. | |
| Northern Arizona Healthcare Corporation, et al., | |
| Defendants. | |

15
16
17

Before the Court is the government's Notice of Election to Decline Intervention pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B). (Doc. 15).  Accordingly,

18

**IT IS ORDERED** that:

19
20
21

1.      the Complaint (Doc. 1), Notice to Parties – Mandatory Initial Discovery Pilot Project (Doc. 3), and the Court's March 2, 2018 Order (Doc. 4), be unsealed and served upon Defendants by Relator;

22
23
24
25

2.      all other contents of the Court's file in this action remain under seal and not be made public or served upon Defendants, except for this Order and the government's Notice of Election to Decline Intervention (Doc. 15), which Relator will serve upon Defendants only after service of the Complaint;

26
27

3.      the seal be lifted as to all other matters occurring in this action after the date of this Order;

28

4.      the parties shall serve all pleadings and motions filed in this action, including

supporting memoranda, upon the government, as provided for in 31 U.S.C. § 3730(c)(3). The government may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5.      the parties shall serve all notices of appeal upon the government;

6.      all orders of this Court shall be sent to the government; and

7.      should Relator or Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the government with notice and an opportunity to be heard before ruling or granting its approval.

Dated this 22nd day of November, 2019.


_____
Honorable Diane J. Humetewa
United States District Judge